AMENDED
# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

**AO-10**
Rev. 1/2004

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KRUPANSKY, Robert B | Sixth Circuit Court of Appeals | Amended 8/25/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge, Sr. Status | ◯ Nomination,  Date  ◯ Initial  ⦿ Annual  ◯ Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Carl B. Stokes U.S. Courthouse  801 W. Superior Ave., Rm 21-B  Cleveland, Ohio 44113-1832 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| | |
|---|---|
| Name of Person Reporting<br><br>KRUPANSKY, Robert B | Date of Report<br>Amended<br>8/25/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Ing Life Insurance (formerly Aetna Life Insurance) |

## IV. REIMBURSEMENTS -- transportation. lodging. food. entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KRUPANSKY, Robert B | Amended 8/25/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Starwood Hotels & Resorts | A | Dividend | J | T | | | | | |
| 2. Hartford Financial Services Group, Inc. | A | Dividend | K | T | | | | | |
| 3. ITT Industries | A | Dividend | J | T | | | | | |
| 4. Rayonier, Inc. | B | Dividend | J | T | | | | | |
| 5. Key Corp. | B | Dividend | L | T | | | | | |
| 6. National City Bank (checking account) (Cleveland, OH) | | None | J | T | | | | | |
| 7. National City Bank (checking account) (Cleveland, OH) | A | Interest | J | T | | | | | |
| 8. National City Bank (s/a IRA account) (Cleveland, OH) | A | Interest | J | T | | | | | |
| 9. Key Bank (checking account) (Cleveland, OH) | A | Interest | J | I | | | | | |
| 10. Ohio Savings Financial Corp. (Cleveland, OH) | C | Dividend | K | W | | | | | |
| 11. Ohio Savings Financial Corp. (Cleveland, OH) s/a | B | Interest | M | T | | | | | |
| 12. Alliance Bernstein Municipal Fund | D | Dividend | N | T | Name change | | | | See Section VIII. |
| 13. Partnership interest comm'l bldg. - Cleveland, OH | E | Interest | K | W | | | | | |
| 14. Int. ltd. ptnrshp comm'l real estate dev. Shaker Hts OH | | None | | | Sold/Loss | 12/1 | J | | See Section VIII. |
| 15. Spectrums - Cleveland, OH | | None | J | T | | | | | |
| 16. Boeing Aircraft Corp. | A | Dividend | K | T | | | | | |
| 17. Aegon N.V. | A | Dividend | J | T | | | | | |
| 18. Charter One Bank (Cleveland, OH) | C | Interest | N | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes: (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  P = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KRUPANSKY, Robert B | Amended 8-25-2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children  See pp. 34-57 of filing instructions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.  Key Corp (Cleveland, OH) | A | Interest | K | T | | | | | |
| 20.  RPM, Inc. | A | Dividend | | | Sold | 1/15 | K | D | |
| 21.  Lamson Sessions Co. | | None | | | Sold/Loss | 5/15 | J | | |
| 22.  Nuveen Insured Quality Municipal Fund | B | Dividend | K | T | | | | | |
| 23.  Nuveen Performance Plus Municipal Fund | A | Dividend | J | T | | | | | |
| 24.  Columbus, Ohio Water Works Bond | B | Dividend | K | T | | | | | |
| 25.  Lake County Detention Facility Bond | B | Dividend | K | T | | | | | |
| 26.  Pepsico Inc. | B | Dividend | L | T | | | | | |
| 27.  Sara Lee Corp. | A | Dividend | J | T | | | | | |
| 28.  Nuveen Ohio Quality Income Municipal Fund | C | Dividend | K | T | | | | | |
| 29.  Glaxo, Smith, Kline P.L.C. | A | Dividend | K | T | | | | | |
| 30.  Johnson & Johnson Inc. | A | Dividend | K | T | | | | | |
| 31.  Int. Bus. Machines Corp. | A | Dividend | L | T | Purchase | 1/24 | K | | |
| 32.  Merck & Co. Inc. | A | Dividend | J | T | | | | | |
| 33.  Stryker Corp. | A | Dividend | K | T | | | | | |
| 34.  National City Bank Investment Corp. (IRA) | D | Distribution | M | T | | | | | Bank-directed account. |
| 35.  Cedar Fair LP | B | Dividend | K | U | | | | | |
| 36.  Dow Chemical Corp. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KRUPANSKY, Robert B | Amended 8/25/2004 |

## VII. INVESTMENTS and TRUSTS -- Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. General Motors Corp. | A | Dividend | J | T | | | | | |
| 38. General Motors-H | | None | J | T | | | | | |
| 39. Scottish Power | A | Dividend | J | T | | | | | |
| 40. Philips Koninkljke | A | Dividend | J | T | | | | | |
| 41. Cleveland OH Regional Sewer District Bonds Series 1978 | A | Dividend | J | T | | | | | |
| 42. Sky Bank s/a | B | Interest | M | T | | | | | |
| 43. Yum Brands | | None | J | T | | | | | |
| 44. Autoliv, Inc. | A | Dividend | J | T | | | | | |
| 45. Bank of America(checking acct.) | | None | J | T | | | | | |
| 46. Cuyahoga County Hospital Bond (Metro Health) | B | Interest | K | T | | | | | |
| 47. Republic Bank | A | Interest | L | T | | | | | |
| 48. Franklin Templeton Ohio Insured Tax Free Mun. Fund | C | Interest | L | T | | | | | |
| 49. Nuveen Ohio Dividend Advantage Fund | B | Dividend | K | T | Partial Sale | 11/24 | J | A | |
| 50. General Electric | A | Dividend | K | T | | | | | |
| 51. Nuveen Performance Plus Municipal Fund | B | Dividend | K | T | | | | | |
| 52. Nuveen Premium Income Municipal Fund | B | Dividend | K | T | | | | | |
| 53. Nuveen Ohio Dividend Advantage Municipal Fund | C | Dividend | L | T | | | | | |
| 54. Nuveen Dividend Advantage Municipal Fund | B | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KRUPANSKY, Robert B | Amended 8/25/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Fifth Third Bank | B | Interest | L | T | | | | | |
| 56. Microsoft | A | Dividend | J | T | | | | | |
| 57. Zimmer Holdings | | None | J | T | | | | | |
| 58. ING Principal Protected Fund III | A | Dividend | K | T | Partial Sale | 11/24 | J | A | |
| 59. Bank of America | A | Dividend | K | T | Purchased | 11/24 | K | | |
| 60. Black & Decker Corp. | A | Dividend | J | T | Purchased | 11/24 | J | | |
| 61. Cadbury Schweppes PLC | A | Dividend | J | T | Purchased | 5/28 | J | | |
| 62. Pioneer Mun. High Trust, Inc. | A | Dividend | K | T | Purchased | 7/2 | K | | |
| 63. Fairfield Ohio School District Bond | B | Interest | L | T | Purchased | 11/17 | L | | |
| 64. Ohio State Public Facility Commission Bond | | None | J | T | Purchased | 11/17 | J | | |
| 65. Greater Cleveland Reg. Transit Authority Bond | A | Interest | J | T | Purchased | 11/17 | J | | |
| 66. Hamilton Cty Ohio Bond | A | Interest | J | T | Purchased | 11/17 | J | | |
| 67. Ohio State Series II A | A | Interest | K | T | Purchased | 11/17 | K | | |
| 68. Ohio State Rev. B/E | A | Interest | L | T | Purchased | 11/17 | L | | |
| 69. Ing Midcap Value Fund Class B | | None | J | T | Purchased | 11/17 | J | | |
| 70. Medco Health (Spinoff from Merck, Inc.) | | None | J | T | Spinoff | 11/03 | J | | |
| 71. Medco Health | | None | J | T | Purchased | 11/24 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

KRUPANSKY, Robert

Date of Report

Amended
8/25 2004

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

SECTION VII -

Record #12 – Name change - formerly Alliance Municipal Income Fund Class II.

Record #14 – Property sold to Richard L. Bowen & Associates, Inc

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

KRUPANSKY, Robert

Date of Report

Amended
8/25 2004

(Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄    Date  August 25, 2004

NOTE: ANY INDIVIDUAL WHO KN▆▆▆▆▆▆▆WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT TO CIVIL AND CRIMIN▆▆▆▆▆▆S (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>KRUPANSKY, Robert B | 2. Court or Organization<br>Sixth Circuit Court of Appeals | 3. Date of Report<br>5/15/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. Circuit Judge, Sr. Status | 5. ReportType (check appropriate type)<br>◯ Nomination, Date<br>◯ Initial  ⦿ Annual  ◯ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>Carl B. Stokes U.S. Courthouse<br>801 W. Superior Ave., Rm 21-B<br>Cleveland, Ohio 44113-1832 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED
MAY 19 10 35 AM '04
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Ing Life Insurance (formerly Aetna Life Insurance) |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KRUPANSKY, Robert B | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Starwood Hotels & Resorts | A | Dividend | J | T | | | | | |
| 2.  Hartford Financial Services Group, Inc. | A | Dividend | K | T | | | | | |
| 3.  ITT Industries | A | Dividend | J | T | | | | | |
| 4.  Rayonier, Inc. | B | Dividend | J | T | | | | | |
| 5.  Key Corp. | B | Dividend | L | T | | | | | |
| 6.  National City Bank (checking account) (Cleveland, OH) | | None | J | T | | | | | |
| 7.  National City Bank (checking account) (Cleveland, OH) | A | Interest | J | T | | | | | |
| 8.  National City Bank (s/a IRA account) (Cleveland, OH) | A | Interest | J | T | | | | | |
| 9.  Key Bank (checking account) (Cleveland, OH) | A | Interest | J | T | | | | | |
| 10. Ohio Savings Financial Corp. (Cleveland, OH) | C | Dividend | K | W | | | | | |
| 11. Ohio Savings Financial Corp. (Cleveland, OH) s/a | B | Interest | M | T | | | | | |
| 12. Alliance Bernstein Municipal Fund | D | Dividend | N | T | Name change | | | | See Section VIII. |
| 13. Partnership interest comm'l bldg. - Cleveland, OH | E | Interest | K | W | | | | | |
| 14. int. ltd. ptnrshp comm'l real estate dev. Shaker Hts OH | | None | J | W | Sold | 12/1 | | | See Section VIII. |
| 15. Spectrums - Cleveland, OH | | None | J | T | | | | | |
| 16. Boeing Aircraft Corp. | A | Dividend | K | T | | | | | |
| 17. Aegon N.V. | A | Dividend | J | T | | | | | |
| 18. Charter One Bank (Cleveland, OH) | C | Interest | N | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes: (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KRUPANSKY, Robert B | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Key Corp (Cleveland, OH) | A | Interest | K | T | | | | | |
| 20. RPM, Inc. | A | Dividend | | | | 1/15 | K | D | |
| 21. Lamson Sessions Co. | | None | | | Loss | 5/15 | J | B | |
| 22. Nuveen Insured Quality Municipal Fund | B | Dividend | K | T | | | | | |
| 23. Nuveen Performance Plus Municipal Fund | A | Dividend | J | T | | | | | |
| 24. Columbus, Ohio Water Works Bond | B | Dividend | K | T | | | | | |
| 25. Lake County Detention Facility Bond | B | Dividend | K | T | | | | | |
| 26. Pepsico Inc. | B | Dividend | L | T | | | | | |
| 27. Sara Lee Corp. | A | Dividend | J | T | | | | | |
| 28. Nuveen Ohio Quality Income Municipal Fund | C | Dividend | K | T | | | | | |
| 29. Glaxo, Smith, Kline P.L.C. | A | Dividend | K | T | | | | | |
| 30. Johnson & Johnson Inc. | A | Dividend | K | T | | | | | |
| 31. Int. Bus. Machines Corp. | A | Dividend | L | T | Purchase | 1/24 | | | shares IBM |
| 32. Merck & Co. Inc. | A | Dividend | J | T | | | | | |
| 33. Stryker Corp. | A | Dividend | K | T | | | | | |
| 34. National City Bank Investment Corp. (IRA) | D | Distribution | M | T | | | | | Bank-directed account. |
| 35. Cedar Fair LP | B | Dividend | K | U | | | | | |
| 36. Dow Chemical Corp. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KRUPANSKY, Robert B | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. General Motors Corp. | A | Dividend | J | T | | | | | |
| 38. General Motors-H | | None | J | T | | | | | |
| 39. Scottish Power | A | Dividend | J | T | | | | | |
| 40. Philips Koninkljke | A | Dividend | J | T | | | | | |
| 41. Cleveland OH Regional Sewer District Bonds Series 1978 | A | Dividend | J | T | | | | | |
| 42. Sky Bank s/a | B | Interest | M | T | | | | | |
| 43. Yum Brands | | None | J | T | | | | | |
| 44. Autoliv, Inc. | A | Dividend | J | T | | | | | |
| 45. Bank of America(checking acct.) | | None | J | T | | | | | |
| 46. Cuyahoga County Hospital Bond (Metro Health) | B | Interest | K | T | | | | | |
| 47. Republic Bank | A | Interest | L | T | | | | | |
| 48. Franklin Templeton Ohio Insured Tax Free Mun. Fund | C | Interest | L | T | | | | | |
| 49. Nuveen Ohio Dividend Advantage Fund | B | Dividend | K | T | Partial Sale | 11/24 | J | A | ███████ shares (loss) |
| 50. General Electric | A | Dividend | K | T | | | | | |
| 51. Nuveen Performance Plus Municipal Fund | B | Dividend | K | T | | | | | |
| 52. Nuveen Premium Income Municipal Fund | B | Dividend | K | T | | | | | |
| 53. Nuveen Ohio Dividend Advantage Municipal Fund | C | Dividend | L | T | | | | | |
| 54. Nuveen Dividend Advantage Municipal Fund | B | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KRUPANSKY, Robert B | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Fifth Third Bank | B | Interest | L | T | | | | | |
| 56. Microsoft | A | Dividend | J | T | | | | | |
| 57. Zimmer Holdings | | None | J | T | | | | | |
| 58. ING Principal Protected Fund III | A | Dividend | K | T | Partial Sale | 11/24 | J | A | ███ shares (loss) |
| 59. Bank of America | A | Dividend | K | T | Purchased | 11/24 | | | |
| 60. Black & Decker Corp. | A | Dividend | J | T | Purchased | 11/24 | | | |
| 61. Cadbury Schweppes PLC | A | Dividend | J | T | Purchased | 5/28 | | | |
| 62. Pioneer Mun. High Trust, Inc. | A | Dividend | K | T | Purchased | 7/2 | | | |
| 63. Fairfield Ohio School District Bond | B | Interest | L | T | Purchased | 11/17 | | | |
| 64. Ohio State Public Facility Commission Bond | | None | J | T | Purchased | 11/17 | | | |
| 65. Greater Cleveland Reg. Transit Authority Bond | A | Interest | J | T | Purchased | 11/17 | | | |
| 66. Hamilton Cty Ohio Bond | A | Interest | J | T | Purchased | 11/17 | | | |
| 67. Ohio State Series II A | A | Interest | K | T | Purchased | 11/17 | | | |
| 68. Ohio State Rev. B/E | A | Interest | L | T | Purchased | 11/17 | | | |
| 69. Ing Midcap Value Fund Class B | | None | J | T | Purchased | 11/17 | | | |
| 70. Medco Health (Spinoff from Merck, Inc.) | | None | J | T | Spinoff | 11/03 | | | |
| 71. Medco Health | | None | J | T | Purchased | 11/24 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

SECTION VII -

Record #12 — Name change - formerly Alliance Municipal Income Fund Class II.

Record #14 — Property sold to Richard L. Bowen & Associates, Inc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____                    Date___May 15, 2004_____

NOTE: ANY INDIVIDUAL WHO K███████████LFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT TO CIVIL AND CRI████████(5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544